IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  05-cv-00155-WDM-OES

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1218 KALAMATH STREET, DENVER, COLORADO,

      Defendant.

_____

## ORDER
_____

      This matter is before me on my June 3, 2005 Show Cause Order and ultimately the plaintiff's Application for Writ of Entry.  Although no record exists of its filing, plaintiff represents that it filed the Application for Writ of Entry on January 28, 2005.  In any case, a "Second Application for Writ of Entry" was filed on June 10, 2005.  By minute order June 15, 2005, I scheduled a hearing for June 28, 2005, and directed the government to notify criminal defendants who have an interest in the property which is the subject matter of this proceeding.  At the hearing the government represented that it had so notified those owners who did not appear or object.

      Based upon that certification and the absence of objection by the impacted land owners, the Writ of Entry shall issue.  The Clerk of this court shall serve a copy of this order and the Writ of Entry on the individual criminal defendants, Caine Knapp and Ronald Knapp, confined at the Jefferson County Jail, and their counsel, Harvey A.

Steinberg and J. Michael Dowling.

DATED at Denver, Colorado, on July 25, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge