IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00155-WDM-OES

UNITED STATES OF AMERICA,

Plaintiff(s),

vs.

1218 KALAMATH STREET, DENVER, COLORADO

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 24, 2005

    The Motion for Stay of Civil Forfeiture Proceedings [filed October 20, 2005, Document 27] is DENIED for failure to comply with D.C.Colo.LR7.1(A).