IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00155-WDM-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1218 KALAMATH STREET, DENVER, COLORADO,

Defendant.

_____

**ORDER**
_____

This matter is before me on **Claimant Ronald Knapp's Unopposed Motion for Stay of Civil Forfeiture Proceedings** [Doc. # 40, filed 3/21/06] (the "Motion"). The Claimant has demonstrated his entitlement to a stay, and the Motion is not opposed.

IT IS ORDERED that the Motion is GRANTED, and this action is STAYED pending further order of the court, except to allow an interlocutory sale upon motion.

IT IS FURTHER ORDERED that the scheduling conference set for March 29, 2006, at 3:00 p.m., is VACATED.

IT IS FURTHER ORDERED that the plaintiff shall file a status report on **May 15, 2006**, addressing the outcome of the trial of Mr. Knapp in Case No. 05-cr-00030-WDM and what additional proceedings, if any, should be scheduled in this case.

Dated March 23, 2006.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge