IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00155-WDM-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1218 KALAMATH STREET, DENVER, COLORADO;

      Defendant.

---

## ORDER FOR INTERLOCUTORY SALE

---

THIS MATTER comes before the Court on the Uncontested Motion for Order of

Interlocutory Sale for defendant 1218 Kalamath Street, Denver, Colorado, and the Court having

read said motion and being fully advised in the premises FINDS:

THAT the United States has commenced this action pursuant to Title 21, United States

Code, Section 881;

THAT to date, the only claims to have been filed for defendant 1218 Kalmaath Street are

by Caine Knapp through Harvey Steinberg, Esq., Ronald Knapp through Stephen Alonzi, Esq.,

and Homecomings Financial through Deanna Westfall, Esq.;

THAT under 19 U.S.C. § 1612 and Supplemental Rule for Certain Admiralty and

Maritime Claims E(9), the Court may order the interlocutory sale of properties subject to

forfeiture if certain conditions are present;

THAT defendant 1218 Kalamath Street is vacant, and therefore liable to deterioration,

decay, or injury during the pendency of this case; and

THAT the United States and claimants Caine Knapp, Ronald Knapp, and Homecomings Financial have agreed to an interlocutory sale of the defendant property, fully described as:

> 1218 Kalamath Street, Denver, Colorado
> Lot 16 and the South ½ of Lot 15, Block 13, Hunt's Addition to Denver,
> City and County of Denver, State of Colorado.

NOW THEREFORE, IT IS ORDERED that the United States, through the United States Marshals Service or its agents shall take possession of defendant 1218 Kalamath Street, and the property shall be sold through the United States Marshals Service, or its designated agents, with the net proceeds (defined as the proceeds from the sale, less reasonable and customary costs of closing, payment of existing liens, taxes, and encumbrances, real estate commissions and other normal costs associated with the closing) being held by the United States Marshals Service as substitute *res* pending final adjudication of this case; and

THAT at the sale of the property the Notice of Lis Pendens recorded by the United States in this action ~~with the Clerk and Recorder for the County of Larimer, Colorado~~ *BNB* will be released.

SO ORDERED this 21st day of April , 2006.

BY THE COURT:

_Boyd N. Boland_
~~WALKER D. MILLER~~
~~United States District Court Judge~~

**BOYD N. BOLAND**
**United States Magistrate Judge**

-2-