IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00155-WDM-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1218 KALAMATH STREET, DENVER, COLORADO,

Defendant.
_____

## ORDER
_____

Upon review of the **United States' Status Report - May 12, 2006** [Doc. # 49, filed 5/12/06]:

IT IS ORDERED that the plaintiff shall file a status report on **August 18, 2006**, addressing the outcome of the trial of Mr. Knapp in Case No. 05-cr-00030-WDM and what additional proceedings, if any, should be scheduled in this case.

Dated May 15, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge