IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00155-WDM-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1218 KALAMATH STREET, DENVER, COLORADO,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **United States' Uncontested Motion to Vacate Status Conference** [docket no. 58, filed November 30, 2006] and the **United States' Second Uncontested Motion to Vacate Status Conference - Judgment Documents Filed** [docket no. 62, filed December 1, 2006] (the "Motions").

IT IS ORDERED that the Motions are GRANTED and the Status Conference set for December 7, 2006, is VACATED.

DATED:  December 4, 2006