IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00155-WDM-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1218 KALAMATH STREET, DENVER, COLORADO,

    Defendant.

## ORDER ON PENDING MOTIONS

Miller, J.

    This matter is before me on the Motion to Intervene (doc no 72), Motion to Enforce Court Order (doc no 73), Motion to Reopen Case (doc no 75), and Motion to Amend Final Order of Forfeiture and Judgment (doc no 85). This forfeiture case was concluded on March 14, 2007, when a Final Order of Forfeiture and Judgment (doc no 69) was entered, forfeiting the defendant property to the United States. However, at the time, proposed Intervenor Kenneth Sulley had a valid lien on the property that was not satisfied before or after the sale of the property. Mr. Sulley seeks to intervene in this matter and to reopen it for the limited purpose of enforcing his lien rights. After his motions were filed, he and the government reached a settlement whereby Mr. Sulley shall be compensated in exchange for release of his lien. I have reviewed the motions and the settlement agreement and will reopen this matter for the limited purpose of

permitting Mr. Sulley to intervene and so that the Final Order of Forfeiture and Judgment may be amended.

Accordingly, it is ordered:

1. The Motion to Intervene (doc no 72) and Motion to Reopen Case (doc no 75), filed by Mr. Sulley, are granted.

2. The Motion to Amend Final Order of Forfeiture and Judgment (doc no 85), filed by the United States, is granted.  A separate Amended Final Order of Forfeiture and Judgment shall issue.

3. The Motion to Enforce Court Order (doc no 73), filed by Mr. Sulley, is denied as moot.

DATED at Denver, Colorado, on June 25, 2009.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge