IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-155-WDM-BNB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1218 KALAMATH STREET, DENVER, COLORADO,

       Defendant.

## AMENDED FINAL ORDER OF FORFEITURE AND JUDGMENT

THIS MATTER comes before the Court on the United States' Unopposed Motion for Amended Final Order of Forfeiture and Judgment, the Court having reviewed said Motion FINDS:

THAT defendant 1218 Kalamath Street was sold by the United States pursuant to the original Final Order of Forfeiture and Judgment, and $65,584.78 net proceeds was deposited into the Department of Justice Asset Forfeiture Fund;

THAT Kenneth J. Sulley, through Dana Petersen, Esq. has moved to Intervene in this matter for the purpose of seeking satisfaction of his lien against defendant 1218 Kalamath Street for millwork services he performed as reflected in a Statement of Lien filed on December 29, 2005 with the Clerk and Recorder of the City & County of Denver, Colorado, at Reception Number 2005218770;

THAT the United States and Intervenor Kenneth Sulley, with the concurrence of claimant Homecomings Financial have reached a settlement in this case, and have filed a Settlement

Agreement with the Court resolving all issues in dispute;

THAT no other claims to the defendant property have been filed;

THAT upon agreement of the parties, the original Final Order of Forfeiture and Judgment shall be amended to include the agreement by the United States that Intervenor Kenneth Sulley's lien shall be satisfied by payment of $10,000.00 from the proceeds of the sale of defendant 1218 Kalamath Street; and

THAT Intervenor Kenneth Sulley has agreed to accept the $10,000.00 in lieu of all further claims against the United States or the defendant property, and that upon receipt of the $10,000.00, Kenneth Sulley shall promptly record a Release of Lien for the defendant property with the Clerk and Recorder for the City & County of Denver.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the Final Order of Forfeiture and Judgment in this case is hereby amended to include the following:

1. The United States shall pay Intervenor Kenneth Sulley $10,000.00 from the net proceeds of the sale of defendant 1218 Kalamath Street in complete satisfaction of Intervenor's lien against the property; and

    2.    Upon payment, Intervenor Kenneth Sulley shall promptly record a Release of Lien with the Clerk and Recorder for the City & County of Denver.

SO ORDERED this 25th day of June, 2009.

BY THE COURT:

s/ Walker D. Miller

_____
WALKER D. MILLER
United States District Court Judge